**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | 1:06-cr-30-03 |
| v. | |
| **ST. CLAIR LIBURD,** | |
| Defendant. | |

**TO:** Alphonso G. Andrews, Jr., Esq., AUSA
Jeffrey B.C. Moorhead, Esq.

### ORDER

THIS MATTER is before the Court upon Defendant Liburd's Renewed Motion For Interim Payment (Docket No. 896). This order is issued without necessity of response.

Having reviewed the said motion and the record herein, the Court notes that counsel for Defendant filed an identical motion (Docket No. 890) on October 13, 2009, which was granted by Order (Docket No. 891), entered October 15, 2009.

Accordingly, it is hereby **ORDERED** that Defendant Liburd's Renewed Motion For Interim Payment (Docket No. 896) is **DENIED AS MOOT**.

ENTER:

Dated: October 20, 2009 /s/ George W. Cannon, Jr.
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE